natural state similar to those involved in *Quong Yu Wo* v. *United States* (68 Treas. Dec. 669, T. D. 48003) was held dutiable at 35 percent under paragraph 775 as vegetables, prepared or preserved.

AUGUST 3, 1950

**No. 54589.**—Cleveland Worsted Mills Co. *v.* United States, protest 149230–K.— (Initial No. 148349–K.) Plain- tiff's application for rehearing granted by order of Chief Judge OLIVER and Judge COLE.—Judge MOLLISON concurring.

BEFORE THE SECOND DIVISION, AUGUST 8, 1950

**No. 54590.**—F. E. Macartney *v.* United States, petition 6614–R (Duluth).

Opinion by LAWRENCE, J. From an examination of the record the court was satisfied that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 54591.**—F. E. Macartney *v.* United States, petition 6738–R (Duluth).

Opinion by LAWRENCE, J. The record disclosed that three importations of plywood were entered at certain unit prices, less 2 percent cash discount, less 5 percent commission. The merchandise was appraised at the entered unit prices, less 2 percent cash discount, but the commission of 5 percent was disallowed. At the hearing the petitioner testified that he did not believe the 5 percent com- mission was dutiable because it was a buying commission and that he honestly felt that said commission was deductible. Upon the record presented, the court was satisfied that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, AUGUST 9, 1950

**No. 54592.**—S. Nathan & Co., Inc. *v.* United States, protests 122061–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54593.**—Max Stern & Co. *v.* United States, protests 122406–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54594.—Kittay & Blitz v. United States, protests 122940–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54595.—Krieger & Co. et al. v. United States, protests 132621–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54596.—Van Gelder-Fanto Corp. v. United States, protest 147040–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 54597.—A. Maschemijer, Jr., Inc. v. United States, protest 158612–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.